# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Dynamite Marketing, Inc.         )

                                        )    Case No. 18-cv-7760

v.                                     )

                                        )    Judge: Hon. John J. Tharp

THE PARTNERSHIPS and         )
UNINCORPORATED ASSOCIATIONS  )   Magistrate: Hon. Young B. Kim
IDENTIFIED ON SCHEDULE "A"     )

                                        )

                                        )

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff hereby notify this Court that the plaintiff, Dynamite Marketing, Inc., voluntarily dismiss any and all claims against defendants without prejudice:

| Doe | Store Name | Mercahnt ID |
|-----|------------|-------------|
| 47  | key ninja  | waterfall   |
| 86  | key ninja  | 苏州执子念服饰有限公司 |

Dated: March 7, 2019

                                                Respectfully submitted,

                                          By:    s/David Gulbransen/
                                                      David Gulbransen
                                                      Attorney of Record

                                                      David Gulbransen (#6296646)
                                                      Law Office of David Gulbransen
                                                      805 Lake Street, Suite 172
                                                      Oak Park, IL 60302
                                                      (312) 361-0825 p.
                                                      (312) 873-4377 f.
                                                      david@gulbransenlaw.com