IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Dynamite Marketing, Inc. ) | Case No. 18-cv-7760 |
| ) | |
| v. ) | Judge: Hon. John J. Tharp |
| ) | |
| THE PARTNERSHIPS and ) | Magistrate: Hon. Young B. Kim |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE "A" ) | |
| ) | |
| ) | |

**Conditional Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff hereby notify this Court that the plaintiff, Dynamite Marketing, voluntarily dismisses the Plaintiff's case against the following Defendants, pursuant to a settlement agreement reached by the parties:

| Doe | Store Name | Merchant ID |
|---|---|---|
| 22 | zhangziyuan | 5799b72cfdd13f536e320cb1 |
| 23 | zhuling123456 | 5799c3ee141f7e3ce233b247 |
| 24 | songchunxuhh | 58525ddaba7e476a8cbf01b5 |
| 28 | zgszyouth0103 | 59f29a7fdc7a9160a0ff6e13 |
| 29 | liuzhongyi123 | 5a76fd569c15ff1c04157a5f |
| 30 | sdadmenghai | 5a9eb29b2fbbdc29029fa3c2 |
| 31 | pppppp | 5aa13b1accf0c8025375d134 |
| 32 | xiaoxilongaiwan | 5aa2d3cf18435441efa76944 |
| 33 | yuantoton | 5aa34338c98949506b8c9ce8 |
| 34 | yangyi123 | 5aa6645915511a42fedec0e0 |
| 35 | wangmeng111 | 5aa7700dc3911a4de238e9fb |
| 36 | zengyez | 5aaa32361843545d30b0ddf9 |
| 38 | efoxebusinessinternationalcoltd | 53d8e270ff4d6d369ece5cba |
| 39 | maybuymoon | 56972002bdf65a25034c9fee |
| 40 | oasisinternationalgroup | 53a43418d9113914ed7c76ed |

| 41 | xianghuitechnologycoltd | 55939f1af702cb4056d49ebc |
|---|---|---|
| 42 | suxindz | 57dfe45739ce421067c0ec9a |
| 43 | 优米网络有限公司 | 55a72e41a86cf2405d377fa2 |
| 44 | etomalltechnologycoltd | 544f512f3dabbe774decc370 |
| 45 | sihengshangwuxinxizixunshanghaiyouxianggongsi | 54acc809d630ed1ad298bc96 |
| 46 | yiwuyileebusinesscoltd | 5462c3f49719cd337490f408 |
| 48 | 四衡商务信息咨询上海有限公司 | 54a3c5ccb9b7e7418cc078cb |
| 50 | bevisn | 5791798a69a76c66e3cfac56 |
| 52 | freebuystore | 5738376197920159934a375d2 |
| 54 | superhui | 577e2ffb1772cb7481e1176d |
| 55 | gentleman_gary | 56e271df278cda16867f73fe |
| 56 | eofly | 579f02683c28480f5476af44 |
| 58 | fashionline | 56cc22bacaa89b3756f2caec |
| 59 | passion_zone | 56cd628a08dcdf13824fd234 |
| 60 | enjoytime1 | 56e23eb831dc81169ad5ff93 |
| 63 | flyupup | 57a2b97fc41acc659e0a4e43 |
| 67 | sleddog | 581015e261e38656b54e6f02 |
| 70 | naturalgarden | 56ea4c9c37121068d2db7b4f |
| 71 | ehome11 | 56e3ef603a698c382fa5f3c4 |
| 72 | 2791383638 | 5715ed35ba0e2a5922b8075a |
| 75 | nmdrv | 570b66f93a698c33b37a0f72 |
| 77 | lifespring | 5864c1fdafdcff4cb447bb0d |
| 79 | qinglongstore | 5863b8c1edfd084e0679f14f |
| 84 | babykingstar | 57c513917919291c80604995 |
| 87 | suibianba678 | 5835426717dc62249a463cfa |
| 93 | ncong | 583bcebed914f506e35cfa31 |
| 96 | liu345 | 59b93f1752c6c9325dc6a162 |
| 98 | mamaxbd | 58ef59aec1c94c15678e2f36 |
| 104 | bigredangel | 58d35ea0a9254d752d594722 |
| 105 | junstore | 58f71b19d02377257ca7b76f |
| 108 | sshijiu | 5acc4f756be8732e454f3ef9 |
| 113 | yidafamily | 59140dbb2da1ba24b5fbb621 |
| 115 | wangzhenyin | 5ac9e25cddf45b21d8ba0769 |
| 116 | thedenimshopuk | 58d35c9899556a11a225eb25 |

Plaintiff requests that the dismissal be without prejudice and without costs to either party, and with leave for Plaintiff to seek reinstatement within 30 days from the entry of this Notice of

Dismissal, should the Defendant fail to comply with the terms of the settlement agreement within that time.

Dated: April 3, 2019

                      Respectfully submitted,

        By:      s/David Gulbransen/
                    David Gulbransen
                    *Attorney of Record for Plaintiff*

                    David Gulbransen (#6296646)
                    Law Office of David Gulbransen
                    805 Lake Street, Suite 172
                    Oak Park, IL 60302
                    (312) 361-0825 p.
                    (312) 873-4377 f.
                    david@gulbransenlaw.com