# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Dynamite Marketing, Inc. ) | |
| ) | Case No. 18-cv-7760 |
| v. ) | |
| ) | Judge: Hon. John J. Tharp |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. Young B. Kim |
| IDENTIFIED ON SCHEDULE "A" ) | |
| ) | |
| ) | |

## SATISFACTION OF JUDGEMENT

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store Name | Store ID |
|---|---|---|
| 32 | xiaoxilongaiwan | 5aa2d3cf18435441efa76944 |
| 33 | yuantoton | 5aa34338c98949506b8c9ce8 |

dismisses them from the suit without prejudice.

Dated this 28th Day of July, 2019.      Respectfully submitted,

By:      s/David Gulbransen/
David Gulbransen
Attorney of Record
Counsel for Plaintiff

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com