# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Dynamite Marketing, Inc. | Case No. 18-cv-7760 |
| v. | Judge: Hon. John J. Tharp |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" | Magistrate: Hon. Young B. Kim |

## SATISFACTION OF JUDGEMENT

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store | Store ID |
|---|---|---|
| 113 | yidafamily | 59140dbb2da1ba24b5fbb621 |
| 46 | yiwuyileebusinesscoltd | 5462c3f49719cd337490f408 |

dismisses them from the suit without prejudice.

Dated this 12th Day of August, 2019.   Respectfully submitted,

By:   s/David Gulbransen/
David Gulbransen
Attorney of Record
Counsel for Plaintiff

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com