# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Dynamite Marketing, Inc. ) | |
| ) | Case No. 18-cv-7760 |
| v. ) | |
| ) | Judge: Hon. John J. Tharp |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. Young B. Kim |
| IDENTIFIED ON SCHEDULE "A" ) | |
| ) | |
| ) | |

## SATISFACTION OF JUDGEMENT

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store Name | Store ID |
|---|---|---|
| 40 | oasisinternationalgroup | 53a43418d9113914ed7c76ed |
| 41 | xianghuitechnologycoltd | 55939f1af702cb4056d49ebc |
| 44 | etomalltechnologycoltd | 544f512f3dabbe774decc370 |
| 45 | sihengshangwuxinxizixunshanghaiyouxianggongsi | 54acc809d630ed1ad298bc96 |
| 50 | bevisn | 5791798a69a76c66e3cfac56 |
| 55 | gentleman_gary | 56e271df278cda16867f73fe |
| 56 | eofly | 579f02683c28480f5476af44 |
| 58 | fashionline | 56cc22bacaa89b3756f2caec |
| 59 | passion_zone | 56cd628a08dcdf13824fd234 |
| 60 | enjoytime1 | 56e23eb831dc81169ad5ff93 |
| 70 | naturalgarden | 56ea4c9c37121068d2db7b4f |
| 72 | 2791383638 | 5715ed35ba0e2a5922b8075a |
| 75 | nmdrv | 570b66f93a698c33b37a0f72 |
| 77 | lifespring | 5864c1fdafdcff4cb447bb0d |
| 84 | babykingstar | 57c513917919291c80604995 |
| 87 | suibianba678 | 5835426717dc62249a463cfa |
| 104 | bigredangel | 58d35ea0a9254d752d594722 |
| 105 | junstore | 58f71b19d02377257ca7b76f |
| 108 | sshijiu | 5acc4f756be8732e454f3ef9 |
| 116 | thedenimshopuk | 58d35c9899556a11a225eb25 |

dismisses them from the suit without prejudice.

Dated this 17th Day of October 2019.	Respectfully submitted,

        By:      /s/David Gulbransen/
                David Gulbransen
                Attorney of Record
                Counsel for Plaintiff

                David Gulbransen (#6296646)
                Law Office of David Gulbransen
                805 Lake Street, Suite 172
                Oak Park, IL 60302
                (312) 361-0825 p.
                (312) 873-4377 f.
                david@gulbransenlaw.com